1 | **RIMAC MARTIN**, P.C.
WILLIAM REILLY SBN 177550
2 | GRANT INGRAM SBN 242785
3 | 1051 Divisadero Street
San Francisco, CA 94115
4 | Telephone: (415) 561-8440
Facsimile: (415) 561-8430
5 |
6 | Attorneys for Defendant
LOOKSMART LTD.
7 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WEBOOST MEDIA S.R.L., a Societa a responsabilita limitata, | Case No.:  3:13-cv-05304 SC |
| Plaintiffs, | **DEFENDANT'S NOTICE OF MOTION TO DISMISS OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| LOOKSMART LTD., a Delaware corporation, and DOES 1 through 100, | **Hearing Date: February 7, 2014**<br>**Location: 450 Golden Gate Avenue, San Francisco, CA 94102, Courtroom 1, 17th Floor** |
| Defendants. | **Time: 10:00 a.m.** |

NOTICE IS HEREBY GIVEN that on February 7, 2014 at 10:00 a.m. in Courtroom 1, 17th Floor at 450 Golden Gate Avenue, San Francisco, CA 94102, Defendant LOOKSMART LTD ("LookSmart") hereby moves pursuant to Rule 12(b)(6), or in the alternative Rule 56 of the Federal Rules of Civil Procedure, for an order dismissing certain claims with prejudice made against LookSmart on the grounds that the contract between the parties, by its terms, limits the liability of either party.

This Motion is made on the following grounds:

1. This lawsuit concerns a disagreement concerning a contract between the parties. The contract provides in pertinent part: UNDER NO CIRCUMSTANCES WILL EITHER PARTY BE LIABLE TO THE OTHER PARTY, WHETHER IN CONTRACT, TORT OR OTHERWISE, FOR INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL OR EXEMPLARY DAMAGES. *See* Complaint Ex. A, Pg. 2. Furthermore, the contract limits the parties' liability to "THE TOTAL AMOUNT PAID OR PAYABLE . . . TO LOOKSMART UNDER THIS AGREEMENT."

2. In addition to the cause of action No. One for Breach of Contract, Plaintiff's Complaint alleges additional causes of action against LookSmart for the following:

   a. Cause of Action Number Two: **Breach of the Covenant of Good Faith and Fair Dealing**;

   b. Cause of Action Number Three: **Fraudulent Concealment**;

   c. Cause of Action Number Four: **Negligent Interference**;

   d. Cause of Action Number Five: **Intentional Interference with Prospective Economic Advantage;**

   e. Cause of Action Number Six: **Intentional Interference with Contractual Relations**; and

   f. Cause of Action Number Seven: **Violation of California Business and Professions Code § 17200**.

3. Plaintiff's causes of action Two, Three, Four, Five, Six, and Seven are, pursuant to the contractual provision between the parties precluding liability for "INDIRECT,

INCIDENTAL, CONSEQUENTIAL, SPECIAL OR EXEMPLARY DAMAGES", are precluded and subject to dismissal.

4. LookSmart further moves for an order limiting the parties' liability to the total amount Plaintiff Weboost paid LookSmart under the contract.

**RIMAC MARTIN, P.C.**

Dated:  January 3, 2014

By:   */s/ William Reilly*
Attorneys for Defendant
LOOKSMART LTD

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 1051 Divisadero Street, San Francisco, California 94115.

On January 3, 2014, the following document is being filed electronically and will be available for viewing and downloading from the Court's CM/ECF system:

*DEFENDANT'S NOTICE OF MOTION TO DISMISS OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT*

The Notice of Electronic Case Filing Automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court, Northern District of California, who have consented to electronic service shall constitute service of the filed document to all such parties.

Executed on January 3, 2014 at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

|  Grant Ingram  |  */s/ Grant Ingram*  |
|  (Type or print name)  |  (Signature)  |

CERTIFICATE OF SERVICE