| | |
|---|---|
| 1 | **RIMAC MARTIN**, P.C. |
| 2 | JOSEPH M. RIMAC SBN 72381<br>WILLIAM REILLY SBN 177550 |
| 3 | 1051 Divisadero Street<br>San Francisco, CA 94115 |
| 4 | Telephone: (415) 561-8440<br>Facsimile: (415) 561-8430 |
| 5 | |
| 6 | Attorneys for Defendant<br>LOOKSMART LTD. |
| 7 | |
| 8 | Matthew D. Taylor<br>Andrew B. Holmes |
| 9 | **HOLMES, TAYLOR & JONES LLP**<br>801 S. Figueroa Street, Suite 2170 |
| 10 | Los Angeles, CA 90017<br>Telephone: 213.985.2200 |
| 11 | |
| 12 | Attorneys for Plaintiff<br>WEBOOST MEDIA S.R.L. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| WEBOOST MEDIA S.R.L., a Societa a responsabilita limitata, | ) | Case No.: 3:13-cv-05304 SC |
| Plaintiffs, | ) ) ) | **STIPULATION AND ORDER SETTING DATES FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST** |
| v. | ) ) | **AMENDED COMPLAINT;** [PROPOSED] **ORDER** |
| LOOKSMART LTD., a Delaware corporation, and DOES 1 through 100, | ) ) | |
| Defendants. | ) | |

1     Plaintiff WEBOOST MEDIA S.R.L. and Defendant LOOKSMART LTD., stipulate that LOOKSMART LTD.'s motion to dismiss the first amended complaint will be heard on **June 6, 2014**, with the moving papers being filed on or before **May 2, 2014**, the opposition filed on or before **May 16, 2014** and the reply filed on or before **May 23, 2014**.

    Good cause exists for this briefing schedule due to plaintiff's counsels' calendar and pre-planned vacation.

**SO STIPULATED**.

**RIMAC MARTIN, P.C.**

Dated: April 14, 2013

By:   /s/ William Reilly
Attorneys for Defendant
LOOKSMART LTD

DATED: April 14, 2013

**HOLMES, TAYLOR & JONES, LLP**

By:   /s/ Andrew B. Holmes
ANDREW B. HOLMES
Attorneys for Plaintiff
WEBOOST MEDIA S.R.L.

**SO ORDERD**.

Dated: 04/15/2014

_____
HON. SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE

*[Signature stamp: Judge Samuel Conti, United States District Court, Northern District of California]*