**RIMAC MARTIN**, P.C.
WILLIAM REILLY SBN 177550
GRANT INGRAM SBN 242785
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

Attorneys for Defendant
LOOKSMART LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WEBOOST MEDIA S.R.L., a Societa a responsabilita limitata, <br><br> Plaintiffs, <br><br> v. <br><br> LOOKSMART LTD., a Delaware corporation, and DOES 1 through 100, <br><br> Defendants. | Case No.: 3:13-cv-05304 SC <br><br> **DEFENDANT'S NOTICE OF MOTION TO DISMISS AND FOR PARTIAL SUMMARY JUDGMENT** <br><br> Date: June 6, 2014 <br> Time: 10:00 a.m. <br> Loc: Courtroom 1, 17th Floor |

NOTICE IS HEREBY GIVEN that on June 6, 2014 at 10:00 a.m. in Courtroom 1, 17th Floor at 450 Golden Gate Avenue, San Francisco, CA 94102, Defendant LOOKSMART LTD ("LookSmart") hereby moves pursuant to Rule

- 1 -
DEFENDANT'S NOTICE OF MOTION TO DISMISS AND FOR PARTIAL SUMMARY
JUDGMENT
Case No. 3:13-cv-05304 SC

12(b)(6) and Rule 56 of the Federal Rules of Civil Procedure, for an order dismissing certain claims with prejudice made against LookSmart on the grounds that the economic loss rule and the contract between the parties, by its terms, limits the liability of either party.

This Motion is made on the following grounds:

1. This lawsuit concerns a disagreement concerning a contract between the parties. The contract provides in pertinent part: UNDER NO CIRCUMSTANCES WILL EITHER PARTY BE LIABLE TO THE OTHER PARTY, WHETHER IN CONTRACT, TORT OR OTHERWISE, FOR INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL OR EXEMPLARY DAMAGES. *See* Complaint Ex. A, Pg. 2. Furthermore, the contract limits the parties' liability to "THE TOTAL AMOUNT PAID OR PAYABLE . . . TO LOOKSMART UNDER THIS AGREEMENT."

2. In addition to the cause of action No. One for Breach of Contract, Plaintiff's Complaint alleges additional causes of action against LookSmart for the following:
    a. Cause of Action Number Three: **Fraudulent Concealment**;
    b. Cause of Action Number Four: **Negligent Interference**;
    c. Cause of Action Number Five: **Intentional Interference with Prospective Economic Advantage**;
    d. Cause of Action Number Six: **Intentional Interference with Contractual Relations**; and
    e. Cause of Action Number Seven: Violation of California Business and Professions Code § 17200.

3. Plaintiff's causes of action Three, Four, Five, Six, and Seven are, pursuant to the economic loss rule and the contractual provision between the parties precluding liability for "INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL OR EXEMPLARY DAMAGES", are precluded and subject to dismissal with prejudice.

4. LookSmart further moves for a partial summary judgment order limiting limiting WeBoost's recovery, if any, to an amount less than or equal to $105,273.92.

This motion is based on this Notice of Motion, the Memorandum of Points and Authorities in support of this motion, and on such other and further oral and documentary evidence as may be presented at the hearing of this motion.

**RIMAC MARTIN, P.C.**

Dated: May 2, 2014

By: /s/ William Reilly
WILLIAM REILLY
Attorneys for Defendant
LOOKSMART LTD

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 1051 Divisadero Street, San Francisco, California 94115.

On May 2, 2014, the following document is being filed electronically and will be available for viewing and downloading from the Court's CM/ECF system:

***DEFENDANT'S NOTICE OF MOTION TO DISMISS AND FOR PARTIAL SUMMARY JUDGMENT***

The Notice of Electronic Case Filing Automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court, Northern District of California, who have consented to electronic service shall constitute service of the filed document to all such parties.

Executed on May 2, 2014 at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

| Robin A. Hale | /s/ Robin A. Hale |
|---|---|
| (Type or print name) | (Signature) |