**RIMAC MARTIN**, P.C.
JOSEPH M. RIMAC SBN 72381
WILLIAM REILLY SBN 177550
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

Attorneys for Defendant
LOOKSMART LTD.

Matthew D. Taylor
Andrew B. Holmes
**HOLMES, TAYLOR & JONES LLP**
801 S. Figueroa Street, Suite 2170
Los Angeles, CA 90017
Telephone: 213.985.2200

Attorneys for Plaintiff
WEBOOST MEDIA S.R.L.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WEBOOST MEDIA S.R.L., a Societa a responsabilita limitata, <br><br> Plaintiffs, <br><br> v. <br><br> LOOKSMART LTD., a Delaware corporation, and DOES 1 through 100, <br><br> Defendants. | Case No.: 3:13-cv-05304 SC <br><br> **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND ADR; [~~PROPOSED~~] ORDER** |

- 1 -
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND ADR FILING
Case No. 3:13-cv-05304 SC

Plaintiff WEBOOST MEDIA S.R.L. and Defendant LOOKSMART LTD., stipulate that to continue the December 5, 2014 Case Management Conference and the date for the parties to select a method of ADR to January 9, 2015.

Good cause exists for this brief extension because the parties are engaged in settlement negotiations that could make the Case Management Conference and ADR unnecessary.

**SO STIPULATED**.

**RIMAC MARTIN, P.C.**

Dated:  December 3, 2014

By:   */s/ William Reilly*
William Reilly
Attorneys for Defendant
LOOKSMART LTD

DATED:  December 3, 2014          **HOLMES, TAYLOR & JONES, LLP**

By:   */s/ Andrew B. Holmes*
Andrew B. Holmes
Attorneys for Plaintiff
WEBOOST MEDIA S.R.L.

**SO ORDERED**.

Dated: 12/04/2014

HON. _____
UNITED STATES DISTRICT COURT JUDGE

(Judge Samuel Conti)

- 2 -
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND ADR FILING
Case No. 3:13-cv-05304 SC