1 | **RIMAC MARTIN**, P.C.
2 | JOSEPH M. RIMAC SBN 72381
  | WILLIAM REILLY SBN 177550
3 | 1051 Divisadero Street
  | San Francisco, CA 94115
4 | Telephone: (415) 561-8440
  | Facsimile: (415) 561-8430
5 |
6 | Attorneys for Defendant
  | LOOKSMART LTD.
7 |
8 | Matthew D. Taylor
  | Andrew B. Holmes
  | **HOLMES, TAYLOR & JONES LLP**
9 | 801 S. Figueroa Street, Suite 2170
  | Los Angeles, CA 90017
10| Telephone: 213.985.2200
11|
  | Attorneys for Plaintiff
12| WEBOOST MEDIA S.R.L.

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WEBOOST MEDIA S.R.L., a Societa a responsabilita limitata, | ) Case No.: 3:13-cv-05304 SC )  |
| Plaintiffs, | ) **STIPULATION AND ORDER TO** ) **CONTINUE CASE MANAGEMENT** ) **CONFERENCE; [**~~**PROPOSED**~~**] ORDER** |
| v. | ) ) |
| LOOKSMART LTD., a Delaware corporation, and DOES 1 through 100, | ) ) ) |
| Defendants. | ) ) ) |

- 1 -
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND ADR FILING
Case No. 3:13-cv-05304 SC

1  Plaintiff WEBOOST MEDIA S.R.L. and Defendant LOOKSMART LTD., stipulate that
2 to continue the January 9, 2015 Case Management Conference to January 16, 2015.
3  Good cause exists for this brief extension because of plaintiff's counsel's illness.
4  **SO STIPULATED**.

**RIMAC MARTIN, P.C.**

6 Dated:  January 8, 2015

By:  */s/ William Reilly*
William Reilly
Attorneys for Defendant
LOOKSMART LTD

11 DATED:  January 8, 2015   **HOLMES, TAYLOR & JONES, LLP**

By:  */s/ Andrew B. Holmes*
Andrew B. Holmes
Attorneys for Plaintiff
WEBOOST MEDIA S.R.L.

15  **SO ORDERED**.

16 Dated:  01/08/2015

HON.
UNITED STATES DISTRICT COURT JUDGE

*Judge Samuel Conti*