1  **RIMAC MARTIN**, P.C.
   JOSEPH M. RIMAC SBN 72381
2  WILLIAM REILLY SBN 177550
   1051 Divisadero Street
3  San Francisco, CA 94115
4  Telephone: (415) 561-8440
   Facsimile: (415) 561-8430
5
   Attorneys for Defendant
6  LOOKSMART LTD.
7
   Matthew D. Taylor
8  Andrew B. Holmes
   **HOLMES, TAYLOR & JONES LLP**
9  801 S. Figueroa Street, Suite 2170
   Los Angeles, CA 90017
10 Telephone: 213.985.2200
11
   Attorneys for Plaintiff
12 WEBOOST MEDIA S.R.L.

13                **UNITED STATES DISTRICT COURT**
14                **NORTHERN DISTRICT OF CALIFORNIA**
15                    **SAN FRANCISCO DIVISION**
16

17 | WEBOOST MEDIA S.R.L., a Societa a responsabilita limitata, | ) Case No.: 3:13-cv-05304 SC |
   | Plaintiffs, | ) **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
   | v. | |
   | LOOKSMART LTD., a Delaware corporation, and DOES 1 through 100, | |
   | Defendants. | |

- 1 -
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND ADR FILING
Case No. 3:13-cv-05304 SC

Plaintiff WEBOOST MEDIA S.R.L. and Defendant LOOKSMART LTD., stipulate to continue the January 16, 2015 Case Management Conference to February 6, 2015.

Good cause exists for this brief extension because of plaintiff's counsel's illness.

**SO STIPULATED**.

**RIMAC MARTIN, P.C.**

Dated:  January 8, 2015

By:     */s/ William Reilly*
William Reilly
Attorneys for Defendant
LOOKSMART LTD

DATED:  January 8, 2015        **HOLMES, TAYLOR & JONES, LLP**

By:     */s/ Matthew D. Taylor*
Matthew D. Taylor
Attorneys for Plaintiff
WEBOOST MEDIA S.R.L.

**SO ORDERED**.

Dated:  01/15/2015

HON.
UNITED                                      JUDGE

*Judge Samuel Conti*