1   **HOLMES, TAYLOR & JONES LLP**
    Matthew D. Taylor  (SBN 220032)
2   E-mail:  matthew.taylor@htjlaw.com
    Andrew B. Holmes (SBN 185401)
3   E-mail:  abholmes@htjlaw.com
    617 S. Olive Street, Suite 1200
4   Los Angeles, California 90014
    Telephone:   (213) 985-2200

5

6   *Attorneys for Plaintiff WEBOOST MEDIA*
    *S.R.L.*

7   **RIMAC MARTIN, P.C.**
    JOSEPH M. RIMAC SBN 72381
8   WILLIAM REILLY SBN 177550
    1051 Divisadero Street
9   San Francisco, CA 94115
    Telephone: (415) 561-8440
10  Facsimile: (415) 561-8430

11
    *Attorneys for Defendant LOOKSMART*
12  *LTD.*

13              **UNITED STATES DISTRICT COURT**

14          **NORTHERN DISTRICT OF CALIFORNIA**

15                **SAN FRANCISCO DIVISION**

16

17  WEBOOST MEDIA S.R.L., a Società a           Case No. 3:13-CV-05304 SC
    responsabilità limitata,
18                                              [Hon. Samuel Conti]
                    Plaintiff,
19          v.                                  **STIPULATION AND [~~PROPOSED~~]**
                                                **ORDER RE DISMISSAL OF**
20  LOOKSMART LTD., a Delaware                  **ENTIRE ACTION**
    corporation, and DOES 1 through 100.
21

22

23

24

25

26

27

28

                    **STIPULATION AND [~~PROPOSED~~] ORDER**

## STIPULATION

WHEREAS, Plaintiff WeBoost Media, S.R.L. ("WeBoost"), filed its Second Amended Complaint for Breach of Contract, Breach of the Covenant of Good Faith and Fair Dealing, Fraudulent Inducement of Contract, Intentional Interference with Prospective Economic Advantage and Intentional Interference with Contractual Relations on July 11, 2014;

WHEREAS, Defendant LookSmart, Ltd. ("LookSmart") filed a counterclaim for Breach of Contract on July 25, 2014;

WHEREAS, on April 21, 2015, WeBoost and LookSmart entered into a Settlement Agreement designed to settle this matter, in its entirety.

THEREFORE, IT IS HEREBY STIPULATED by and between WeBoost, acting through  its designated undersigned counsel and LookSmart, acting through its designated undersigned counsel that the above-captioned action, in its entirety, should be dismissed with prejudice.  The parties further stipulate that they shall bear their own attorney's fees, expenses and costs.

**SO STIPULATED**.

DATED:   May 4, 2015                    **HOLMES, TAYLOR & JONES LLP**


By:     /s/ Matthew D. Taylor_____
         Matthew D. Taylor
*Attorneys for Plaintiff WEBOOST MEDIA S.R.L*

DATED:   May 4, 2015                    **RIMAC MARTIN, P.C.**


By:     /s/ William Reilly_____
         William Reilly
*Attorneys for Defendant LOOKSMART, LTD.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

## [~~PROPOSED~~] ORDER

2      The Court, having considered the stipulation of the parties, and good cause

3 appearing therefore, orders as follows:

4      1.  The action is dismissed with prejudice as to all parties pursuant to FRCP

5 41(a)(1)(A)(ii);

6      2.  Each party shall bear their own costs and attorneys' fees;

7      3.  The Court shall retain jurisdiction over this matter to enforce the terms of

8 the April 21, 2015 Settlement Agreement.

9

10      **IT IS SO ORDERED.**

11

12 Dated: May 4, 2015

13                                    _____

14                                      HON. SAMUEL CONTI
                                        U.S. DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28